## SHIELDS v. THE STATE.

LUMPKIN, J. The motion for a new trial was based solely on the general grounds that the verdict was contrary to the law and evidence and without evidence to support it. There being sufficient evidence to sustain the finding, and the presiding judge having overruled the motion, this court will not interfere.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

MARCH 9, 1915.

Indictment for murder. Before Judge Conyers. McDuffie superior court. December 19, 1914.

*John T. West,* for plaintiff in error.

*Warren Grice, attorney-general, A. L. Franklin, solicitor-general, J. B. Burnside,* and *A. L. Henson,* contra.